# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, BETHANY
WELLS, AND KELVIN WELLS

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL AND ITS INSURER,
PRESTON CASTILLE, DONALD
JOHNSON, ADONIS REED,
CHRISTINE HENRY

NO.  2024 CW 0660

OCTOBER 7, 2024

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          719275.

---

**BEFORE:    LANIER, WOLFE, AND MILLER, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to include a copy of the judgment complained of, a copy of pleadings on which the ruling was founded, a copy of the opposition, the pertinent court minutes, and a copy of the notice of intent and return date order in violation of the Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6), (8), (9), (10), and (11).

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

    If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before October 28, 2024, and must contain a copy of this ruling.

**WIL**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_Ayesha B. Wilkens_
DEPUTY CLERK OF COURT
   FOR THE COURT